

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00402-CV

**IN THE ESTATE OF** Maria L. **RAYNES**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2013PC0369
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the probate court's judgment awarding the Estate of Maria L. Raynes $10,599.00 in damages from Leah Raynes for expenses is REVERSED, and judgment is RENDERED that the estate take nothing on that claim as it was submitted to the jury.

The portion of the probate court's judgment awarding attorney's fees to the estate is REVERSED.

The portion of the probate court's judgment awarding $44,778.00 in damages from Leah Raynes for rent is REFORMED to an award of $36,622.40.

The remainder of the probate court's judgment is AFFIRMED AS REFORMED.

We REMAND this cause to the probate court for a new trial on attorney's fees.

We tax one-half of the costs of court for this appeal against Leah Raynes; we tax the remaining one-half against Arthur Raynes, Independent Executor.

SIGNED May 29, 2019.

_____
Patricia O. Alvarez, Justice